# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | Bankruptcy No. 21-20791-CMB |
| Samuel A. Rosenberg and Christine E. Rosenberg, | Chapter 7 |
| Debtors. | |
| LWBC, LLC, as successor in interest to Dollar Bank, Federal Savings Bank, | Adversary Pro. No. 21-02092-CMB |
| Plaintiff, | |
| v. | Related to Doc. No. 1 |
| Samuel A. Rosenberg and Christine E. Rosenberg, | |
| Defendants. | |

## ORDER

**AND NOW**, this 26th day of August, 2022, for the reasons set forth in the Memorandum Opinion entered on this date,

It is hereby **ORDERED, ADJUDGED, AND DECREED** that:

1. The request for denial of discharge in the *Complaint to Determine Dischargeability of Debts* is **GRANTED** pursuant to 11 U.S.C. §727(a)(4)(A).

2. Debtors, Samuel A. Rosenberg and Christine E. Rosenberg, are both **DENIED** a discharge.

3. The above-captioned adversary proceeding is resolved.

/s/ Carlota M. Böhm
Carlota M. Böhm
Chief United States Bankruptcy Judge

FILED
8/26/22 10:36 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA